IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )        8:10CR334
                             )
      v.                     )
                             )
JAVIER SANTIAGO-CARBAJAL,    )        ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 135).  The Court notes plaintiff has no objection.  Accordingly,

IT IS ORDERED that the motion is granted; sentencing is rescheduled for:

**Tuesday, May 10, 2011, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court